| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**NICOLAS A. DALUISO, #163553**<br>**JOE SOLSENG, #262127**<br>**ROBINSON TAIT, P.S.**<br>**710 Second Avenue, Suite 710**<br>**Seattle, Washington 98104**<br>**Telephone: (206) 876-3268**<br>**Fax: (206) 676-9659** | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUN 21 2012**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY steinber DEPUTY CLERK** |
|---|---|
| ☒ *Attorney for Movant(s)*<br>☐ *Movant(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - - SANTA ANA DIVISION**

| In re:<br><br>**KEVIN RAY CARSON AND TAMARA MARIE CARSON**<br><br><br><br>Debtor(s). | CASE NO.: 8:12-bk-11560-TA<br><br>CHAPTER: : 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**<br><br>DATE: June 19, 2012<br>TIME:   10:00 a.m.<br>COURTROOM:    5B<br>PLACE: 411 W. Fourth St., Santa Ana, CA |
|---|---|

Movant:    **U.S. Bank National Association, as indenture Trustee of the GMACM Home Equity Loan Trust 2004 HE4**

1. The Motion was:    ☐ Opposed       ☒ Unopposed       ☐ Settled by stipulation

2. The Motion affects the following real property (Property):

    Street address:         19263 NW Parkway
    City, state, zip code:  Marysville, OH 43040

    Legal description or document recording number (including county of recording):  OR656 PG337, Union County, Ohio

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2011                                                    Page   1                                              **F 4001-1.ORDER.RP**

☒ See attached page.
3. The Motion is granted under: ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to Debtor and Debtor's bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit ____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6. Movant must not conduct a foreclosure sale before the following date (*specify*):

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state law governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than 2 years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2011                                                Page   2                                **F 4001-1.ORDER.RP**

10. This court further orders as follows:

   a. ☒ The 14-day stay as provided in FRBP 4001(a)(3) is waived.
   b. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (*attach Optional Form F 4001-10-ER*).
   c. ☐ See attached continuation page for additional provisions.

###

DATED: June 21, 2012

*Theodor C. Albert*
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2011                                      Page   3                                **F 4001-1.ORDER.RP**

## Exhibit A - LEGAL DESCRIPTION

Deal Number: 11-00786895             Title Number: 11-01927716 REV. NO. 1

Tax ID Number: 28-0011048.000

Land situated in the County of Union, State of Ohio is described as follows:

Beginning at an iron stake at the Northwest corner of a 1.37 acre Tract of land owned by Robert Russell Carson, the above described place of beginning also being distance 486.00 feet, South 05 degrees and 31 minutes East, thence 203.03 feet, North 68 degrees 45 minutes West, from the Northeast corner of land owned by said William Raymond Carson and Olive Ruth Carson, thence from the place of beginning along a line parallel with the center line of State Route 33 and a distance of 435.71 feet from said center line of State Route 33 with a bearing North 68 degrees 45 minutes West, 221.11 feet to an iron stake, said iron stake also being the center line of a 30.00 Driveway Easement, thence along the center line Driveway Easement, thence along the center line of said Driveway Easement South 21 degrees 15 minutes West, 204.09 feet to an iron stake, thence along the center line of said Driveway Easement South 27 degrees 15 minutes East, 134.00 feet to an iron stake, thence along the center line of said Driveway Easement South 78 degrees 15 minutes East, 252.00 feet to an iron stake on the West property line of a 1.37 acre Tract of land owned by Robert Russell Carson, thence along the West property line of Robert Russell Carson Tract, North 05 degrees 31 minutes West, 282.36 feet to an iron stake at the place of beginning.

Commonly known as: 19263 Nw Parkway, Marysville, OH 43040

TERESA L. MARKHAM
RECORDER, UNION CO., OHIO

2005 DEC 23  AM 10: 06

7600

OR 656 PG 337

19

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**Robinson Tait, P.S., 710 Second Ave, Suite 710, Seattle, WA 98104**

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 19, 2012, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (state method for each person or entity served):
On June 19, 2012, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**BY U.S. MAIL:**

| **DEBTORS:**<br>Kevin Ray Carson<br>Tamara Marie Carson<br>345 N. Lemon St.<br>Orange, CA   92866 | **DEBTORS' ATTORNEY:**<br>Timothy W. Combs<br>Law Office of Timothy Combs<br>11801 Pierce St., 2nd Floor<br>Riverside, CA   92505 | **CHAPTER 7 TRUSTEE:**<br>Jeffrey I. Golden (TR)<br>Weiland, Golden, Smile, Wang Ekva<br>P. O. Box 2470<br>Costa Mesa, CA   92628-2470 |
|---|---|---|
| **U.S. TRUSTEE:**<br>United States Trustee (SA)<br>411 W. Fourth St., Suite 9041<br>Santa Ana, CA   92701 | **JUDGE'S COPY:**<br>U. S. Bankruptcy Court – Central District<br>Honorable Theodor Albert<br>411 W. Fourth St., Suite 5085<br>Santa Ana, CA   92701 | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 19, 2012, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
Date: June 19, 2012                              Signature:     /s/ Andrew Roche

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2011                                      Page   4                              **F 4001-1.ORDER.RP**

Printed Name: ___Andrew Roche___
# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)** was entered on the date stated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBRs, the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of <u>June 19, 2012</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) stated below:

Nicolas Daluiso, ndaluiso@robinsontait.com
Timothy W. Combs, twcombs@sbcglobal.net
Jeffrey I. Golden (TR), ljones@wgllp.com
United States Trustee (SA), ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL**: A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) stated below:

**DEBTORS:**
Kevin Ray Carson
Tamara Marie Carson
345 N. Lemon St.
Orange, CA   92566

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) stated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2011                                Page   5                                **F 4001-1.ORDER.RP**